# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Gino Munoz | § | Case No. 6:13-bk-00201-CCJ |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/07/2013 .   The undersigned trustee was appointed on  01/08/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $              4,355.00

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1.41 |
| Bank service fees | 105.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

        Leaving a balance on hand of[1]              $              4,248.59

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/20/2013  and the deadline for filing governmental claims was  07/08/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,088.75 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,088.75 , for a total compensation of $ 1,088.75 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 76.50 , for total expenses of $ 76.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/28/2015                        By:/s/Dennis D Kennedy
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 13-00201 | CCJ | Judge: | Cynthia C. Jackson | | Trustee Name: | Dennis D Kennedy |
|---|---|---|---|---|---|---|---|
| Case Name: | Gino Munoz | | | | | Date Filed (f) or Converted (c): | 01/07/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 02/05/2013 |
| For Period Ending: | 10/28/2015 | | | | | Claims Bar Date: | 06/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Location: 1307 Abberton Drive, Orlando Fl 32837 Parcel Id: 2 | 92,785.00 | 0.00 | OA | 0.00 | FA |
| 2.  Partners Fcu - Member No: 10392646 Primary Savings Account 0 | 5.00 | 0.00 | | 0.00 | FA |
| 3.  Partners Fcu - Member No: 10392646 - 0008 Classic Checking | 1,301.00 | 0.00 | | 0.00 | FA |
| 4.  Chase Checking Ending In 0174 | 261.00 | 0.00 | | 0.00 | FA |
| 5.  Bedroom: Bed, Dresser, Tv Livingroom: Tv, Couch Kitchen - Po | 1,200.00 | 0.00 | | 0.00 | FA |
| 6.  Debtor's Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7.  Basic Term Life Insurance Paid By Orlando Health (Employer) | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Supplemental Term Life Policy Provided Through Orlando Healt | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Fidelity Rollover Ira  Account Ending In 5034 | 4,291.51 | 0.00 | | 0.00 | FA |
| 10.  2006 Bmw 325I Vin: Wbavb13506kx44396 Condition: Good Mileage | 12,050.00 | 0.00 | OA | 0.00 | FA |
| 11.  2012 Tax Refund (u) | 0.00 | 4,355.00 | | 4,355.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $112,193.51 | $4,355.00 | | $4,355.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

02/26/13 - Tax Refund intercept letter sent
03/22/13 - requested copy of debtors 2012 tax return
09/11/13 - Refund agreement $4355 in 12 months: 10/1/13 thru 9/1/14
01/14/14 - Motion and Notice of Proposed Compromise of Controversy Doc# 24
02/27/14 - Order Approving Proposed Compromise Doc# 26
03/24/14 - Collecting payments through 9/14/14
07/18/14 - Notice of Abandonment Doc# 31
11/18/14 - TFR Filed 9/26/14 On 11/17/14 cut checks and noticed  Attorney for trustee had not filed Fee Application. The check for the trustee fees were cashed, this amount was
reimbursed to the estate to allow a amended TFR to be  filed.       The checks for the creditors were not mailed out when noticed the missing fee app. The attorney filed his fee
application today and we will amend the TFR.
11/20/14 - Motion to Vacate Order Allowing Administrative Expenses Doc# 39
12/04/14 - Order Granting Motion to Vacate Order Allowing Administrative Expenses Doc# 40
03/20/15 - Amending TFR


Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2015

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-00201
Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914
For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy
Bank Name: Union Bank
Account Number/CD#: XXXXXX6080
Checking
Blanket Bond (per case limit): $35,986,568.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/13 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 1 of 12 per BB Agreement | 1224-000 | $362.92 | | $362.92 |
| 11/05/13 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 2 of 12 per BB Agreement | 1224-000 | $362.92 | | $725.84 |
| 12/06/13 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 3 of 12 per Refund Agreement | 1224-000 | $362.92 | | $1,088.76 |
| 01/10/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 4 of 12 per Refund Agreement | 1224-000 | $362.92 | | $1,451.68 |
| 02/14/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 5 of 12 per 1/14/14 Doc# 24 | 1224-000 | $362.92 | | $1,814.60 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,799.60 |
| 02/25/14 | 10001 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Chapter 7 Blanket Bond #016027985 Term 2/1/14 - 2/1/15 | 2300-000 | | $1.41 | $1,798.19 |
| 03/07/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 6 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $2,161.11 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,146.11 |
| 04/09/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 7 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $2,509.03 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,494.03 |
| 05/09/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL  32869 | Payment 8 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $2,856.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:                    $2,903.36        $46.41

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-00201
Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914
For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy
Bank Name: Union Bank
Account Number/CD#: XXXXXX6080
Checking
Blanket Bond (per case limit): $35,986,568.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $2,841.95 |
| 06/11/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL 32869 | Payment 9 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $3,204.87 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $3,189.87 |
| 07/18/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL 32869 | Payment 10 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $3,552.79 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $3,537.79 |
| 08/15/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL 32869 | Payment 11 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.92 | | $3,900.71 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $3,885.71 |
| 09/15/14 | 11 | Gino Munoz PO BOX 692144 ORLANDO, FL 32869 | Payment 12 of 12 per 2/27/14 Doc# 26 | 1224-000 | $362.88 | | $4,248.59 |
| 11/17/14 | 10002 | Dennis D Kennedy P O Box 541848 Merritt Island, FL 32954 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,088.75 | $3,159.84 |
| 11/17/14 | 10003 | Dennis D Kennedy P O Box 541848 Merritt Island, FL 32954 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $76.50 | $3,083.34 |
| 11/17/14 | 10004 | Partners Fed Cr Un 2190 S Town Centre Place Anaheim, Ca 92806 | Final distribution to claim 1 representing a payment of 4.29 % per court order. | 7100-000 | | $20.32 | $3,063.02 |
| 11/17/14 | 10005 | Nelnet On Behalf Of The Us Department Of Education 3015 South Parker Road Suite 400 Aurora Co 80014 | Final distribution to claim 2 representing a payment of 4.29 % per court order. | 7100-000 | | $1,101.29 | $1,961.73 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $1,451.64 $2,346.86

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-00201 | Trustee Name: Dennis D Kennedy |
| Case Name: Gino Munoz | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6080 |
| | Checking |
| Taxpayer ID No: XX-XXX7914 | Blanket Bond (per case limit): $35,986,568.00 |
| For Period Ending: 10/28/2015 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/14 | 10006 | Credit First<br>Po Box 818011<br>Cleveland, Oh 44181 | Final distribution to claim 3 representing a payment of 4.29 % per court order. | 7100-000 | | $81.01 | $1,880.72 |
| 11/17/14 | 10007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 4.29 % per court order. | 7100-000 | | $21.21 | $1,859.51 |
| 11/17/14 | 10008 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 5 representing a payment of 4.29 % per court order. | 7100-900 | | $117.63 | $1,741.88 |
| 11/17/14 | 10009 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 6 representing a payment of 4.29 % per court order. | 7100-900 | | $146.19 | $1,595.69 |
| 11/17/14 | 10010 | Ecast Settlement Corporation, Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 7 representing a payment of 4.29 % per court order. | 7100-900 | | $105.63 | $1,490.06 |
| 11/17/14 | 10011 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 4.29 % per court order. | 7100-900 | | $25.11 | $1,464.95 |
| 11/17/14 | 10012 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 9 representing a payment of 4.29 % per court order. | 7100-900 | | $1,319.36 | $145.59 |
| 11/17/14 | 10013 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 10 representing a payment of 4.29 % per court order. | 7100-900 | | $34.17 | $111.42 |
| 11/17/14 | 10014 | Ecast Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, Az 85712 | Final distribution to claim 11 representing a payment of 4.29 % per court order. | 7100-000 | | $111.42 | $0.00 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $0.00 | $1,961.73 |

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-00201

Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914

For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy

Bank Name: Union Bank

Account Number/CD#: XXXXXX6080

Checking

Blanket Bond (per case limit): $35,986,568.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 10004 | Partners Fed Cr Un<br>2190 S Town Centre Place<br>Anaheim, Ca 92806 | Final distribution to claim 1 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-000 | | ($20.32) | $20.32 |
| 11/18/14 | 10005 | Nelnet On Behalf Of The Us Department Of Education<br>3015 South Parker Road Suite 400<br>Aurora Co 80014 | Final distribution to claim 2 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-000 | | ($1,101.29) | $1,121.61 |
| 11/18/14 | 10006 | Credit First<br>Po Box 818011<br>Cleveland, Oh 44181 | Final distribution to claim 3 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-000 | | ($81.01) | $1,202.62 |
| 11/18/14 | 10007 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-000 | | ($21.21) | $1,223.83 |
| 11/18/14 | 10008 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution to claim 5 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($117.63) | $1,341.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*     Page Subtotals:     $0.00     ($1,341.46)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-00201

Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914

For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy

Bank Name: Union Bank

Account Number/CD#: XXXXXX6080

Checking

Blanket Bond (per case limit): $35,986,568.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 10009 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Final distribution to claim 6 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($146.19) | $1,487.65 |
| 11/18/14 | 10010 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Final distribution to claim 7 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($105.63) | $1,593.28 |
| 11/18/14 | 10011 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($25.11) | $1,618.39 |
| 11/18/14 | 10012 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 9 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($1,319.36) | $2,937.75 |
| 11/18/14 | 10013 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 10 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-900 | | ($34.17) | $2,971.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*     Page Subtotals:     $0.00     ($1,630.46)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-00201

Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914

For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy

Bank Name: Union Bank

Account Number/CD#: XXXXXX6080

Checking

Blanket Bond (per case limit): $35,986,568.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 10014 | Ecast Settlement Corporation C/O Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, Az 85712 | Final distribution to claim 11 representing a payment of 4.29 % per court order. Reversal Discovered that the attorney for the trustee have not filed fee application. Reversing all checks and amending final report | 7100-000 | | ($111.42) | $3,083.34 |
| 11/20/14 | | Dennis D Kennedy Trustee PO Box 541848 Merritt Island FL 32954 | Fees and Expenses Reversal Deposited incorrectly, will correct deposit | 1280-000 | $1,165.25 | | $4,248.59 |
| 11/20/14 | | Dennis D Kennedy Trustee PO Box 541848 Merritt Island FL 32954 | Fees and Expenses Allowed per Order entered 11/14/14. After checks cut and cashed noticed Attorney for Trustee had not filed fee application. I am replacing the fees and expenses originally allowed to allow for the amending of the Trustee's Final Report. Fee $1,088.75 Expenses $76.50 | 1280-000 | $1,165.25 | | $5,413.84 |
| 11/20/14 | 10015 | Dennis D Kennedy Trustee PO Box 541848 Merritt Island FL 32954 | Fees and Expenses Allowed per Order entered 11/14/14. After checks cut and cashed noticed Attorney for Trustee had not filed fee application. I am replacing the fees and expenses originally allowed to allow for the amending of the Trustee's Final Report and include the attorney for trustee in distribution. The checks originally cut #10002 - $1088.75 and 10003 - $76.50 Totaling $1,165.25 | 1280-000 | ($1,165.25) | | $4,248.59 |

Page Subtotals:                    $1,165.25      ($111.42)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-00201

Case Name: Gino Munoz

Taxpayer ID No: XX-XXX7914

For Period Ending: 10/28/2015

Trustee Name: Dennis D Kennedy

Bank Name: Union Bank

Account Number/CD#: XXXXXX6080

Checking

Blanket Bond (per case limit): $35,986,568.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/15 | | Kennedy, Dennis D P O Box 541848 Merritt Island, FL 32954 | To correct distribution When reversing the checks I should have used a different choice to offset my trustee amounts. This transaction will balance to the correct amount the estate received. | | | ($1,165.89) | $5,414.48 |
| | | Dennis D Kennedy Trustee | To correct distribution                    $0.00 | 2100-000 | | | |
| | | 0 | $0.00 | 2200-000 | | | |
| | | Kennedy, Dennis D | $1,088.75 | 2100-000 | | | |
| | | Kennedy, Dennis D | $77.14 | 2200-000 | | | |
| 10/28/15 | | Kennedy, Dennis D P O Box 541848 Merritt Island, FL 32954 | Correcting last depost to offset the gross sales to the correct amount. | | | ($1,165.25) | $6,579.73 |
| | | Kennedy, Dennis D | $1,088.75 | 2100-002 | | | |
| | | Kennedy, Dennis D | $76.50 | 2200-002 | | | |
| 10/28/15 | | Dennis D Kennedy Trustee PO Box 541848 Merritt Island FL 32954 | Fees and Expenses Reversal To correct distribution | 1280-000 | ($1,165.25) | | $5,414.48 |
| 10/28/15 | | Kennedy, Dennis D P O Box 541848 Merritt Island, FL 32954 | To correct distribution Reversal Correcting deposit amount should have been $1,165.25 | | | $1,165.89 | $4,248.59 |
| | | Dennis D Kennedy Trustee | To correct distribution                    $0.00 | 2100-000 | | | |
| | | 0 | $0.00 | 2200-000 | | | |
| | | Kennedy, Dennis D | ($1,088.75) | 2100-000 | | | |
| | | Kennedy, Dennis D | ($77.14) | 2200-000 | | | |

COLUMN TOTALS                    $4,355.00          $106.41

Page Subtotals:                    ($1,165.25)          ($1,165.25)

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $4,355.00 | $106.41 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,355.00 | $106.41 |

Exhibit B

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6080 - Checking | $4,355.00 | $106.41 | $4,248.59 |
| | $4,355.00 | $106.41 | $4,248.59 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,355.00 |
| Total Gross Receipts: | $4,355.00 |

# Middle District of Florida
# Claims Register


10/28/15

### 6:13-bk-00201-CCJ Gino Munoz

**Judge:** Cynthia C. Jackson     **Chapter:** 7
**Office:** Orlando          **Last Date to file claims:** 06/20/2013
**Trustee:** Dennis D Kennedy   **Last Date to file (Govt):**

| Creditor: (22910355) Partners Fed Cr Un 2190 S Town Centre Place Anaheim, CA 92806 | Claim No: 1 Original Filed Date: 03/20/2013 Original Entered Date: 03/20/2013 | Status: Filed by: CR Entered by: Auto-Claim Filer Modified: |
|---|---|---|

| Amount claimed: $473.84 |
|---|

*I  0080*

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 03/20/2013 | Claim #1 filed by Partners Fed Cr Un, Amount claimed: $473.84 (Auto-Claim Filer) |

**Description:**

**Remarks:** (1-1) Account Number (last 4 digits):0080

| Creditor: (23305380) Nelnet on behalf of the US Department of Education 3015 South Parker Road Suite 400 Aurora CO 80014 | Claim No: 2 Original Filed Date: 04/15/2013 Original Entered Date: 04/15/2013 | Status: Filed by: CR Entered by: Nelnet (CM) Modified: |
|---|---|---|

| Amount claimed: $25679.80 |
|---|

*# 5718*

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 04/15/2013 | Claim #2 filed by Nelnet on behalf of the US Department of Education, Amount claimed: $25679.80 (Nelnet (CM)) |

**Description:**

**Remarks:**

| Creditor: (22910350) Credit First Po Box 818011 Cleveland, OH 44181 | Claim No: 3 Original Filed Date: 04/25/2013 Original Entered Date: 04/25/2013 | Status: Filed by: CR Entered by: Credit First NA (LW) Modified: |
|---|---|---|

| Amount claimed: $1889.06 |
|---|

*I 57181 5548*

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 04/25/2013 | Claim #3 filed by Credit First, Amount claimed: $1889.06 (Credit First NA (LW)) |

**Description:**

Remarks:

| Creditor: (23454352) PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 4 Original Filed Date: 05/13/2013 Original Entered Date: 05/13/2013 | Status: Filed by: CR Entered by: Resurgent Capital Services Modified: |
|---|---|---|

| Amount claimed: $494.64 | | *# 0125* |
|---|---|---|
| Secured claimed: $0.00 | | |

History:

| Details | 4-1 | 05/13/2013 | Claim #4 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $494.64 (Resurgent Capital Services) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (23543796) eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim No: 5 Original Filed Date: 06/06/2013 Original Entered Date: 06/06/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|

| Amount claimed: $2742.96 | | *# 8584/ Chase* |
|---|---|---|

History:

| Details | 5-1 | 06/06/2013 | Claim #5 filed by eCAST Settlement Corporation, assignee, Amount claimed: $2742.96 (Lee, Thomas ) |
|---|---|---|---|

Description: (5-1) CREDIT CARD DEBT

Remarks:

| Creditor: (23543797) eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim No: 6 Original Filed Date: 06/06/2013 Original Entered Date: 06/06/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|

| Amount claimed: $3408.83 | | *# 4507/ Chase* |
|---|---|---|

History:

| Details | 6-1 | 06/06/2013 | Claim #6 filed by eCAST Settlement Corporation, assignee, Amount claimed: $3408.83 (Lee, Thomas ) |
|---|---|---|---|

Description: (6-1) CREDIT CARD DEBT

Remarks:

| Creditor: (23543798) eCAST Settlement Corporation, assignee | Claim No: 7 Original Filed Date: 06/06/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III |
|---|---|---|

of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

*Original Entered Date:* 06/06/2013

*Modified:*

# 8028/Chase

| Amount | claimed: | $2463.16 | |

*History:*

| Details | 7-1 | 06/06/2013 | Claim #7 filed by eCAST Settlement Corporation, assignee, Amount claimed: $2463.16 (Lee, Thomas ) |

*Description:* (7-1) CREDIT CARD DEBT

*Remarks:*

---

*Creditor:*     (23547301)
American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Claim No: 8**
*Original Filed Date:* 06/07/2013
*Original Entered Date:* 06/07/2013

*Status:*
*Filed by:* CR
*Entered by:* Thomas A Lee, III
*Modified:*

| Amount | claimed: | $585.62 | |

# 1000/CC

*History:*

| Details | 8-1 | 06/07/2013 | Claim #8 filed by American Express Centurion Bank, Amount claimed: $585.62 (Lee, Thomas ) |

*Description:* (8-1) CREDIT CARD DEBT

*Remarks:*

---

*Creditor:*     (23547302)
American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Claim No: 9**
*Original Filed Date:* 06/07/2013
*Original Entered Date:* 06/07/2013

*Status:*
*Filed by:* CR
*Entered by:* Thomas A Lee, III
*Modified:*

| Amount | claimed: | $30764.82 | |

# 1003/CC

*History:*

| Details | 9-1 | 06/07/2013 | Claim #9 filed by American Express Centurion Bank, Amount claimed: $30764.82 (Lee, Thomas ) |

*Description:* (9-1) CREDIT CARD DEBT

*Remarks:*

---

*Creditor:*     (23548879)
American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Claim No: 10**
*Original Filed Date:* 06/07/2013
*Original Entered Date:* 06/07/2013

*Status:*
*Filed by:* CR
*Entered by:* Thomas A Lee, III
*Modified:*

| Amount | claimed: | $796.66 | |

# 1006/CC

*History:*

| Details | 10-1 | 06/07/2013 | Claim #10 filed by American Express Centurion Bank, Amount claimed: $796.66 |

(Lee, Thomas )

**Description:** (10-1) CREDIT CARD DEBT

**Remarks:**

| Creditor:        (24502891) eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712    Claimant History | Claim No: 11 Original Filed Date: 06/13/2013 Original Entered Date: 06/13/2013 | Status: Transfer of Claim 28 Filed by: CR Entered by: Rita Torres Modified: |
|---|---|---|

| Amount claimed: $2597.79 | | # 0394 / Best Buy |

**History:**

| Details | 11-1 | 06/13/2013 | Claim #11 filed by Capital One, N.A., Amount claimed: $2597.79 (Torres, Rita ) |
|---|---|---|---|
| | 28 | 04/21/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

**Description:**

**Remarks:**

## Claims Register Summary

**Case Name:** Gino Munoz
**Case Number:** 6:13-bk-00201-CCJ
**Chapter:** 7
**Date Filed:** 01/07/2013
**Total Number Of Claims:** 11

| Total Amount Claimed* | $71897.18 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | . |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/28/2015 15:50:00 | | |
| PACER | dk2313:3647508:0 | Client |

https://ecf.flmb.uscourts.gov/cgi-bin/SearchClaims.pl?159018298458409-L_1_0-1    10/28/2015

| Login: | | Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 6:13-bk-00201-CCJ Filed or Entered From: 1/1/2013 Filed or Entered To: 12/31/2015 |
| Billable Pages: | 1 | Cost: | 0.10 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:13-bk-00201-CCJ
Case Name: Gino Munoz
Trustee Name: Dennis D Kennedy

Balance on hand                                            $          4,248.59

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Dennis D Kennedy | $          1,088.75 | $          0.00 | $          1,088.75 |
| Trustee Expenses: Dennis D Kennedy | $          76.50 | $          0.00 | $          76.50 |
| Attorney for Trustee Fees: John H Meininger, III | $          690.00 | $          0.00 | $          690.00 |
| Attorney for Trustee Expenses: John H Meininger, III | $          24.09 | $          0.00 | $          24.09 |

Total to be paid for chapter 7 administrative expenses          $          1,879.34

Remaining Balance          $          2,369.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,897.18  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Partners Fed Cr Un | $ 473.84 | $ 0.00 | $ 15.61 |
| 2 | Nelnet On Behalf Of The Us Department Of Education | $ 25,679.80 | $ 0.00 | $ 846.23 |
| 3 | Credit First | $ 1,889.06 | $ 0.00 | $ 62.25 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 494.64 | $ 0.00 | $ 16.30 |
| 5 | Ecast Settlement Corporation, Assignee | $ 2,742.96 | $ 0.00 | $ 90.39 |
| 6 | Ecast Settlement Corporation, Assignee | $ 3,408.83 | $ 0.00 | $ 112.33 |
| 7 | Ecast Settlement Corporation, Assignee | $ 2,463.16 | $ 0.00 | $ 81.17 |
| 8 | American Express Centurion Bank | $ 585.62 | $ 0.00 | $ 19.30 |
| 9 | American Express Centurion Bank | $ 30,764.82 | $ 0.00 | $ 1,013.80 |
| 10 | American Express Centurion Bank | $ 796.66 | $ 0.00 | $ 26.25 |
| 11 | Ecast Settlement Corporation | $ 2,597.79 | $ 0.00 | $ 85.62 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,369.25 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE